55 N.J. 310 (1970)
VICTOR PORCELLI ET AL., PLAINTIFFS AND ARTHUR SHAPIRO ET AL., PLAINTIFFS-PETITIONERS,
v.
FRANKLYN TITUS, SUPERINTENDENT OF SCHOOLS OF THE CITY OF NEWARK ET AL., DEFENDANTS-RESPONDENTS.
The Supreme Court of New Jersey.
January 13, 1970.
Messrs. Bracken & Walsh for the petitioners.
Mr. Victor A. DeFilippo, Mr. Arthur J. Sills and Mrs. Virginia Long Annich for the respondents.
Denied.